**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 03-1135**

―――――――――――

REGINALD O. MOORE,

                                    Plaintiff - Appellee,

        versus

WILLIAM J. GUIDICE,

                                    Defendant - Appellant,

        and

UNITED INTERNATIONAL INVESTIGATIVE SERVICES,
INCORPORATED,

                                    Defendant.

―――――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. William T. Prince, Magistrate
Judge. (CA-01-1886-A)

―――――――――――

Submitted: October 3, 2003        Decided: November 25, 2003

―――――――――――

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Robert E. Deso, DESO, THOMAS, BUCKLEY & STIEN, P.C., Washington,
D.C., for Appellant. Elaine Charlson Bredehoft, Jennifer A. Hess
Smith, CHARLSON BREDEHOFT, P.C., Reston, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In this cross-appeal, William J. Guidice appeals from the magistrate judge's order denying his motion for a new trial after a jury awarded $200,000 in compensatory damages to Plaintiff Reginald O. Moore on his defamation claim.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Moore v. Guidice</u>, No. CA-01-1886-A (E.D. Va. filed Dec. 13, 2002 & entered Dec. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (2000).